MICHAEL J. HEYMAN
United States Attorney

SETH M. BEAUSANG
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: seth.beausang@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| IN RE:<br><br>BAIL/FORFEITURE SCHEDULE FOR THE DEPARTMENT OF HOMELAND SECURITY, FEDERAL PROTECTIVE SERVICE. | No. 3:25-mc-00017-SLG |
|---|---|

### GOVERNMENT'S MOTION TO AMEND THE SCHEDULE OF COLLATERAL SUBJECT TO FORFEITURE WITHOUT A COURT APPEARANCE FOR PETTY OFFENSES AND MISDEMEANORS PROSECUTED BY CITATION OR VIOLATION NOTICE INVESTIGATED BY THE DEPARMENT OF HOMELAND SECURITY - FEDERAL PROTECTIVE SERVICE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney for the District of Alaska, and for the reasons set forth below, moves this Court pursuant to District of Alaska Local Rule Criminal Rule 58.1 seeking approval of the attached revised schedule of collateral subject to forfeiture without a court appearance in relation to petty offenses and misdemeanors prosecuted by citation or violation notice, affecting conduct on federal properties administered by the Department of Homeland Security, Federal Protective Service. In support of its

motion the government states as follows:

1) On May 23, 2014, the United States District Court for the District of Alaska issued Miscellaneous General Order 14-04 setting a schedule of fixed sums that a defendant charged with a petty offense may post to satisfy the charge without a court appearance with respect to violations of the laws and regulations enforced by the Federal Protective Service, Department of Homeland Security.

2) The Department of Homeland Security, Federal Protective Service, coordinated with the General Services Administration to revise and adopt new regulations for the protection of federal property under 6 C.F.R. Part 139.

3) On June 9, 2025, the Department of Homeland Security published the Final Rule of the Rules and Regulations with the implementation date of January 1, 2026. *See Protection of Federal Property*, 90 FR 24217-01 (June 9, 2025).

4) The attached proposed schedule provided by the Department of Homeland Security, Federal Protective Service, updates the citation from 41 C.F.R. Part 102-74, Subpart C, to 6 C.F.R. Part 139, in accordance with the new rules, and includes the new regulations governing conduct on federal property not addressed in 41 C.F.R. Part 102-74, Subpart C.

5) The United States Attorney's Office was informed today that the effective date of the regulations at 6 C.F.R. Part 139 may be advanced to November 5, 2025.

6) No collateral amount exceeds the maximum fine authorized by law upon conviction for a listed violation.

WHEREFORE, for the reasons stated above, the government requests that the

Court approve the attached revised schedule and grant any other relief the Court deems proper.

RESPECTFULLY SUBMITTED November 4, 2025, at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney


s/ *Seth M. Beausang*
SETH M. BEAUSANG
Assistant United States Attorney
United States of America