| | |
|---|---|
| IN RE:<br><br>BAIL/FORFEITURE SCHEDULE FOR THE DEPARTMENT OF HOMELAND SECURITY, FEDERAL PROTECTIVE SERVICE. | No. 3:25-mc-00017-SLG |

**[PROPOSED] ORDER**

WHEREAS, the government has filed a motion pursuant to Local Criminal Rule 58.1 seeking approval of a revised schedule of collateral subject to forfeiture without a court appearance in relation to petty offenses and misdemeanors prosecuted by citation or violation notice, affecting conduct on federal properties administered by the Department of Homeland Security, Federal Protective Service.

AND WHEREAS, the Court finds that the schedule is in compliance with law and that no collateral amount exceeds the maximum fine authorized by law upon conviction for a listed violation.

**IT IS HEREBY ORDERED** that the motion of the government is GRANTED, and the schedule of collateral appended to this order is approved and established. This schedule is effective immediately and supersedes MGO 14-04. The Clerk of Court is directed to make this schedule available for public inspection at the courthouses for the District of Alaska and electronically on the district court's web site.

**SO ORDERED** this _____ day of _____, 2025.

_____
THE HONORABLE SHARON L. GLEASON
Chief United States District Judge